UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DONALD G. HATLEY,

    Plaintiff,

    v.

STEEL CITY MARINE TRANSPORT, INC.,

    Defendant.

Case No. 08-cv-641-JPG

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NORBERT JAWORSKI**

By:s/Deborah Agans, Deputy Clerk

**Dated: September 15, 2008**

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**